Filed: 12/22/2023 1:15 PM
Michael Gould
District Clerk
Collin County, Texas
By Nicole Gelvin Deputy
Envelope ID: 82844055

CAUSE NO. _____ 493-07567-2023

| | | |
|---|---|---|
| **ANTHONY HOLMES** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **\_\_\_\_ JUDICIAL DISTRICT** |
| | § | |
| **ALLSTATE FIRE AND CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| *Defendant.* | § | **COLLIN COUNTY, TEXAS** |

### PLAINTIFF'S ORIGINAL PETITION AND PETITION FOR DECLARATORY JUDGMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Plaintiff ANTHONY HOLMES brings this lawsuit against for damages and against Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ("ALLSTATE "), for a declaratory judgment to declare his right to recover uninsured motorist coverage benefits under an automobile insurance policy written by Defendant, including a determination of liability and damages arising from the relevant car wreck; and he seeks a judgment for damages resulting from ALLSTATE 's common-law and statutory breaches of duty and in support thereof would respectfully show the Court as follows.

### I. DISCOVERY LEVEL AND RELIEF REQUESTED

Plaintiff intends to conduct discovery in accordance with a Level 3 Discovery Control Plan under Tex. R. Civ. P. 190.4. Plaintiff seeks declaratory relief that he is entitled to the full coverage of the subject uninsured motorist policy in the amount of $50,000. Pursuant to Texas Rule of Civil Procedure 47, Plaintiff seeks monetary relief over $250,000. Plaintiff specifically reserves the right to amend this amount at a later date. A jury, however, will ultimately determine the amount awarded to Plaintiff.

PLAINTIFF'S ORIGINAL PETITION AND PETITION FOR DECLARATORY JUDGMENT - Page 1

## II. PARTIES

Plaintiff, ANTHONY HOLMES , resides in Collin County, Texas.

Defendant, Allstate Fire And Casualty Insurance Company, is licensed by the State of Texas to write insurance policies to Texas residents. It can be served with process through its registered agent CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. or wherever they may be found.

## III. MISNOMER/ALTER EGO

In the event any parties are misnamed or are not included herein, Plaintiffs contend that such error or omission was a "misidentification," "misnomer," and/or such parties are/were "alter egos" of parties named herein.

## IV. VENUE AND JURISDICTION

Venue is proper in Collin County, Texas pursuant to Section 1952.110 of the Texas Insurance Code and Texas Civil Practice and Remedies Code § 15.002(4), as Collin County is the county where the policyholder resided at the time of the incident. This Court has jurisdiction over the parties and the subject matter of this action as Plaintiff seeks declaratory relief pursuant to Chapter 37 of the Texas Civil Practice & Remedies Code, and ALLSTATE does business in the State of Texas. ALLSTATE has purposely availed itself of the laws and benefits of Texas such that it has sufficient minimum contacts with the state.

## V. FACTS

In the early morning of August 28, 2022, Plaintiff ANTHONY HOLMES was traveling westbound on US Highway 380 when he struck a stolen vehicle stalled in the road with its lights turned off.

At the time of the collision, Plaintiff was a person covered under an uninsured motorist policy written by ALLSTATE . Because the tortfeasor driver is underinsured, Plaintiff is entitled to recover his UM coverage benefits under the subject policy. The driver of the other vehicle is legally responsible for the collision, and Plaintiff has provided evidence to ALLSTATE that this driver was uninsured at the time of the collision. ALLSTATE previously granted permission to Plaintiff to settle with the tortfeasor's carrier, including waiver of its UMBI subrogation claims.

Plaintiff made a claim to ALLSTATE for the full amount of UM policy, which is $50,000 per person. Plaintiff cooperated with ALLSTATE and provided ALLSTATE with sufficient information and documents to allow ALLSTATE to evaluate and pay the UM claim. However, ALLSTATE failed to properly evaluate and pay the UM claim, despite clear liability of the uninsured motorist and Plaintiff's damages entitling him to the full amount of the UM coverage benefits under the policy he had paid for.

## VI. CAUSES OF ACTION

### i. Uninsured Motorist

Having determined that the responsible party was at the time of the occurrence described above, uninsured, Plaintiff, timely and properly notified Defendant of the collision. Plaintiff has fully complied with all the conditions of the abovementioned insurance policy prior to bringing this suit. Plaintiff is a covered person under the subject insurance policy. Plaintiff has presented adequate proof to Defendant that the responsible party was uninsured at the time of the collision made the basis of this litigation. All conditions precedent have been performed or have occurred. Nevertheless, Defendant has failed and refused, and still fails and refuses, to pay Plaintiff fair, reasonable, and adequate benefits under this policy as it is contractually required to do so.

### ii. Declaratory Judgment

Case 4:24-cv-00904-O Document 1-4 Filed 02/22/24 Page 3 of 11 PageID 35

Based on the foregoing facts, and pursuant to the ALLSTATE policy of insurance in force and covering Plaintiff at the time of the collision with the uninsured motorist, Plaintiff seeks a declaratory judgment pursuant to Tex. Civ. Prac. & Rem. Code Ch. 37 to determine liability and damages in the underlying car wreck and declare Plaintiff's rights under the contract of insurance with ALLSTATE.

Specifically, Plaintiff seeks a declaration that the driver who caused the wreck was an uninsured motorist, that the uninsured motorist was at fault in causing the underlying car wreck, that Plaintiff is entitled to recover from ALLSTATE Plaintiff's damages resulting from the motor vehicle collision, that Plaintiff's damages fall within the coverage afforded Plaintiff under the relevant ALLSTATE policy, that Plaintiff's damages exceed the amount necessary to claim the full UM coverage benefits under the ALLSTATE policy, and that ALLSTATE is contractually obligated to pay the full ALLSTATE coverage policy benefit limits. Plaintiff specifically requests the Court to declare the amount of damages Plaintiff has suffered from the car wreck, that the uninsured driver is at fault, and to declare the amount of money that ALLSTATE is obligated to pay to Plaintiff in accordance with the contract of insurance, specifically the full UM coverage amount. Plaintiff continues to suffer significant impairment and pain. Specially, from the collision, Plaintiff is entitled to damages for past and future:

- Physical pain and mental anguish;
- Loss of earning capacity;
- Physical impairment;
- Disfigurement;
- Medical Care expenses; and
- Lost wages.

Plaintiff also seeks attorneys' fees and costs, pursuant to the Declaratory Judgment Act, Tex. Civ. Prac. & Rem. Code § 37.009 pursuant to the holding by the Texas Supreme Court in *Allstate Insurance v. Daniel Wes Irwin*.

## VII. AGGRAVATION

In the alternative, if it be shown that the Plaintiff suffered from any pre-existing injury, disease and/or condition at the time of the incident made the basis of the lawsuit, then such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Uninsured Driver.

## VIII. RELIEF REQUESTED

Plaintiff seeks the following relief against ALLSTATE :

1. A declaratory judgment that he is entitled to UM benefits under the applicable policy in the full amount of his coverage limits, as set forth above;

2. Economic Damages;

3. Mental-anguish damages;

4. Additional damages;

5. Attorneys' fees based on the theories stated herein;

6. Costs of court;

7. Prejudgment and postjudgment interest; and

8. Such other relief to which he may show himself duly entitled.

## IX. TEX. R. CIV. P. 193.7 NOTICE

Pursuant to TEX. R. CIV. P. 193.7, Plaintiff hereby give notice of intent to utilize items produced in discovery against the producing party.

## X. U. S. LIFE TABLES

Notice is hereby given that Plaintiff intends to use the U.S. Life Tables as prepared by the

Department of Health and Human Services.

## XI. JURY DEMAND

Plaintiff asserts his right to trial by jury and will pay the jury fee contemporaneously with this filing.

## XII. PRAYER

Plaintiff prays that upon final trial, that he recover judgment against ALLSTATE as set forth above, attorneys' fees, costs, and interest, both pre-judgment and post-judgment, and all other relief which he may show himself justly entitled.

    Respectfully submitted,

   **HARTLEY LAW FIRM**

   /S/ Austin F. Hartley

   Austin F. Hartley
   State Bar No. 24087676
   J. Seth Madden
   State Bar No. 24126588
   Hartley Law Firm
   2340 E. Trinity Mills Rd., Ste. 100
   Carrollton, Texas 75006
   Telephone: (469) 289-6063
   Facsimile: (972) 692-7122
   Email: Austin@hartleylawtx.com
   Email: Seth@hartleylawtx.com
   **ATTORNEYS FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Madden on behalf of Austin Hartley
Bar No. 24087676
seth@hartleylawtx.com
Envelope ID: 82844055
Filing Code Description: Plaintiff's Original Petition (OCA)
Filing Description: Plaintiff's Original Petition and Petition for Declaratory Judgment
Status as of 12/27/2023 8:53 AM CST

Associated Case Party: Anthony Holmes

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Taylre Eldard | | Taylre@hartleylawtx.com | 12/22/2023 1:15:13 PM | SENT |
| Austin Hartley | | Austin@hartleylawtx.com | 12/22/2023 1:15:13 PM | SENT |
| Samantha Helfers | | samantha@hartleylawtx.com | 12/22/2023 1:15:13 PM | SENT |
| Seth Madden | | seth@hartleylawtx.com | 12/22/2023 1:15:13 PM | SENT |
| Victoria Prince | | victoria@hartleylawtx.com | 12/22/2023 1:15:13 PM | SENT |
| Mike Walter | | mike@hartleylawtx.com | 12/22/2023 1:15:13 PM | SENT |

Filed: 12/28/2023 11:37 AM
Michael Gould
District Clerk
Collin County, Texas
By Sarah Isom Deputy
Envelope ID: 82917218



**Hartley Law Firm**
2340 E. Trinity Mills Rd., Ste. 100
Carrollton, TX 75006
P: (469) 289-6063
F: (972) 692-7122
www.hartleylawtx.com
Austin@hartleylawtx.com

493-07567-2023

Court Clerk
471st Judicial District
2100 Bloomdale Rd
McKinney, TX 75071

**RE:** *Anthony Holmes, Jr. vs. Allstate Fire and Casualty Insurance Company*; Cause No. 493-07567-2023, 493rd District Court, Collin County, Texas.; and

**RE: Request for Citation**

December 28, 2023

Dear Clerk,

    Please be advised we are requesting a citation to *Allstate Fire and Casualty Insurance Company* for the above-referenced case to be sent to Seth@Hartleylawtx.com. The registered agent is CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. Thank you.

                                              Sincerely,

                                              /s/ Seth Madden

                                              Seth Madden

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

John Madden on behalf of Austin Hartley
Bar No. 24087676
seth@hartleylawtx.com
Envelope ID: 82917218
Filing Code Description: Letter
Filing Description: Letter Requesting Citation
Status as of 12/28/2023 1:23 PM CST

Associated Case Party: Anthony Holmes

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Austin Hartley | | Austin@hartleylawtx.com | 12/28/2023 11:37:38 AM | SENT |
| Seth Madden | | seth@hartleylawtx.com | 12/28/2023 11:37:38 AM | SENT |
| Taylre Eldard | | Taylre@hartleylawtx.com | 12/28/2023 11:37:38 AM | SENT |
| Victoria Prince | | victoria@hartleylawtx.com | 12/28/2023 11:37:38 AM | SENT |
| Mike Walter | | mike@hartleylawtx.com | 12/28/2023 11:37:38 AM | SENT |
| Samantha Helfers | | samantha@hartleylawtx.com | 12/28/2023 11:37:38 AM | ERROR |

Electronically Served
12/28/2023 2:18 PM

Filed: 12/28/2023 2:18 PM
Michael Gould
District Clerk
Collin County, Texas
By Lane St. Clair Deputy
Envelope ID: 83079071

THE STATE OF TEXAS
CIVIL CITATION
CASE NO.493-07567-2023

Anthony Holmes v. Allstate Fire and Casualty Insurance Company

In the 493rd District Court

Of Collin County, Texas

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

TO: Allstate Fire and Casualty Insurance Company
Registered Agent CT Corporation System
1999 Bryan Street Suite 900
Dallas TX 75201, Defendant

GREETINGS: You are commanded to appear by filing a written answer to **Plaintiff's Original Petition and Petition for Declaratory Judgment** at or before ten o'clock A.M. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 493rd District Court of Collin County, Texas at the Courthouse of said County in McKinney, Texas.

Said Plaintiff's Petition was filed in said court, by Austin Hartley Hartley Law Firm 2340 E Trinity Mills Road Suite 100 Carrollton TX 75006 (Attorney for Plaintiff or Plaintiffs), on December 22, 2023, in this case, numbered 493-07567-2023 on the docket of said court.

The natures of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition and Petition for Declaratory Judgment** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at McKinney, Texas, on this the 28th day of December, 2023.

ATTEST: Michael Gould, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

By: _____, Deputy
Sarah Isom

**The law prohibits the Judge and the clerks from giving legal advice. Any questions you have should be directed to an attorney.**

## CAUSE NO. 493-07567-2023

| | | |
|---|---|---|
| Anthony Holmes | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | COLLIN COUNTY, TEXAS |
| | § | |
| Allstate Fire and Casualty | § | |
| Defendant. | § | 493RD DISTRICT COURT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Jan 2, 2024, 12:52 pm**,

**CITATION AND PLAINTIFF'S ORIGINAL PETITION,**

and was executed at **1999 BRYAN ST SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:16 PM** on **Thu, Jan 04 2024**, by delivering a true copy to the within named

**ALLSTATE FIRE AND CASUALTY BY SERVING CT CORP,. ACCEPTED BY GEORGE MARTINEZ, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **JayKob McArter**, my date of birth is **08-04-2000**, and my address is **4425 W AIRPORT FWY., SUITE 356, IRVING, TX 75062**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DALLAS** County, State of **TX**, on **January 04, 2024**.

_____
JayKob McArter
Certification Number: PSC-20627
Certification Expiration: 11/30/2025