UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANTHONY HOLMES,          §
    Plaintiff          §
              §          CIVIL ACTION NO.
vs.          §
              §          4:24-cv-96
              §          (JURY DEMAND)
ALLSTATE FIRE AND CASUALTY          §
INSURANCE COMPANY,          §
    Defendant          §
              §

**MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ANTHONY HOLMES, Plaintiff herein and, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Defendant herein, filing this Motion to Dismiss, and would show the Court as follows:

I.

Plaintiff ANTHONY HOLMES and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY have settled this case and no longer desire to pursue the lawsuit.

II.

Per the agreement of the parties, Plaintiff ANTHONY HOLMES and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY shall bear their own costs.

WHEREFORE, Plaintiff ANTHONY HOLMES and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY request that the Court enter the Agreed Order of Dismissal with Prejudice, and order that each of the parties are to bear their own costs.

Respectfully submitted,

LAW OFFICE OF JOHN STILWELL, PLLC
*/s/ John W. Stilwell*

_____
JOHN W. STILWELL
Texas Bar No. 19242800

6213 Chapel Hill, Suite B
Plano, Texas 75093
(972) 403-7400 Office
(972) 403-1100 FAX
(214) 727-4200 Cell
Email:  john@stilwelldallas.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

This shall certify that Plaintiff's counsel is in agreement with this motion to dismiss with prejudice.

*/s/ John W. Stilwell*

_____
JOHN W. STILWELL

## CERTIFICATE OF SERVICE

This shall certify that, on January 6, 2025, a copy of this Motion and Order has been served upon the following counsel of record:

**VIA ESERVE**
Austin F. Hartley
HARTLEY LAW FIRM
2340 E. Trinity Mills Rd., Suite 100
Carrollton, Texas 75006

*/s/ John W. Stilwell*

_____

JOHN W. STILWELL