UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY HOLMES,<br>     Plaintiff<br><br>vs.<br><br><br>ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY,<br>     Defendant | § § § § § § § § § § § § | CIVIL ACTION NO. 4:24-cv-96<br>(JURY DEMAND) |

## AGREED ORDER OF DISMISSAL

Having found that all matters in controversy between Plaintiff ANTHONY HOLMES and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY have been satisfied and settled between said parties,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the cause of action of Plaintiff ANTHONY HOLMES against Defendant ALLSTATE FIRE AND CASUAL TY INSURANCE COMPANY should be and hereby is dismissed with prejudice, with the costs of the court to be borne by each party incurring same.

IT IS SO ORDERED.
SIGNED this 8th day of January, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE